## STATE OF CONNECTICUT *v.* H.P.T.

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 183 (AC 25775), is denied.

*Kevin R. Joiner*, in support of the petition.

*Christopher T. Godialis*, senior assistant state's attorney, in opposition.

Decided May 15, 2007

## BRJM, LLC *v.* OUTPUT SYSTEMS, INC., ET AL.

The petition by the defendants, Output Systems, Inc., and Howard Engelsen, for certification for appeal from the Appellate Court, 100 Conn. App. 143 (AC 26642), is denied.

*David L. Weiss*, in support of the petition.

*Susan M. Phillips*, in opposition.

Decided May 15, 2007

## STATE OF CONNECTICUT *v.* JOSE CARTY

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 40 (AC 26705), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Joseph Visone*, special public defender, in support of the petition.

*Melissa Lee Streeto*, assistant state's attorney, in opposition.

Decided May 15, 2007